# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>ARMANDO LEDEZMA-DELGADO,<br><br>                Defendant. | CASE NO. 09cr4028 IEG<br><br>**JUDGMENT OF DISMISSAL** |

FILED 2009 DEC 10 PM 3:52
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    —DEPUTY

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8:1326 (a) and (b)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/8/09

                                        Jan M. Adler
                                        UNITED STATES DISTRICT JUDGE